IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS, in her official capacity as acting Director of the U.S. Fish and Wildlife Service, SECRETARY OF THE U.S. DEPARTMENT OF THE INTERIOR,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00884-EGS<br><br>WESTLANDS WATER DISTRICT'S RESPONSE TO JOINT MOTION TO STAY |

　　　　Without conferring with proposed intervenor Westlands Water District ("Westlands"), the parties to this case have jointly requested that the Court stay the case to enable them to discuss settlement. Westlands supports a stay, provided that the Court authorize Westlands to participate in settlement discussions while Westlands' motion to intervene is pending. Mot. to Intervene, Dkt. 11. In the alternative, Westlands requests that the Court first rule on its motion to intervene before entering any order staying the case.

　　　　As Westlands' pending intervention motion explains, settlement of this case presents significant risk to Westlands' contractual rights to water from the Central Valley Project, as well as other legally protected interests. *Id.* at 7–10; Reply to Plaintiff's and Fed. Defendants' Opp. to Mot. to Intervene, Dkt. 17 at 1–7. At least one objective of Plaintiff Center for Biological Diversity ("CBD") apparently is to further regulate Central Valley Project operations to the detriment of the water supply of Westlands, among other water users. Dkt. 17 at 2, 2 n.1 (citing

*Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.*

1

CBD's petition to list the San Francisco Bay-Delta Population of Longfin Smelt under the ESA). Indeed, Westlands' interest in participating in settlement discussions is a central reason that Westlands has sought intervention in this case.  Mot. to Intervene, Dkt. 11, at 8, 9; Dkt. 17 at 2, 5–7, 9 ("If this case were to move toward settlement discussions, as Westlands suspects that it will, Westlands has a legally cognizable interest in participating in those discussions.").

For this reason, Westlands respectfully requests that this Court authorize Westlands to participate in the settlement discussions while its motion to intervene is pending.  In the alternative, Westlands requests that the Court rule on its motion to intervene, Dkt. 11, before granting any stay in this case.

DATED:  July 23, 2021

STOEL RIVES, LLP

/s/Beth S. Ginsberg
Beth S. Ginsberg, D.C. Bar No. 448118
600 University Street, Suite 3600
Seattle, Washington  98101
Phone:  (206) 624-0900
Fax:  (206) 386-7500
Email: beth.ginsberg@stoel.com

DAVID E. FILIPPI (*pro hac vice*)
MERISSA A. MOELLER (*pro hac vice*)
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480
Email: david.filippi@stoel.com
merissa.moeller@stoel.com

*Attorneys for Westlands Water District*