IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. FISH AND WILDLIFE SERVICE, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:21-cv-884-EGS <br><br> **NOTICE OF PROPOSED RULE FOR THREE SPECIES** |

Defendants the U.S. Fish and Wildlife Service ("FWS"); Martha Williams, in her official capacity as Acting Director of FWS; and Debra Haaland, in her official capacity as Secretary of the Department of the Interior, hereby notify the Court that, as of August 26, 2021, the FWS has issued a proposed listing rule for three of the ten species at issue in this case: the Texas pimpleback (*Cyclonaias (=Quadrula) petrina*), Texas fawnsfoot (*Truncilla macrodon*), and Texas fatmucket (*Lampsilis bracteata*). The proposed rule is publicly available in the Federal Register at 86 Fed. Reg. 47,916.

Dated: August 26, 2021

Respectfully submitted,

TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL
Trial Attorney, MN Bar No. 0400172
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-3796
Email: taylor.mayhall@usdoj.gov

*Attorneys for Federal Defendants*