# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-884-EGS |
| ) | |
| v. ) | **NOTICE OF PROPOSED RULE** |
| ) | **FOR PEÑASCO LEAST** |
| U.S. FISH AND WILDLIFE SERVICE, et al., ) | **CHIPMUNK** |
| ) | |
| Defendants. ) | |
| ) | |

Defendants the U.S. Fish and Wildlife Service ("FWS"); Martha Williams, in her official capacity as Principal Deputy Director of FWS; and Debra Haaland, in her official capacity as Secretary of the Department of the Interior, hereby notify the Court that, as of September 28, 2021, the FWS has made a proposed listing determination for a species at issue in this case: the Peñasco least chipmunk (*Neotamias [=Tamias] minimus atristriatus*). The proposed rule is publicly available in the Federal Register at 86 Fed. Reg. 53,583.

Dated: September 29, 2021          Respectfully submitted,

TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL
Trial Attorney, MN Bar No. 0400172
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-3796
Email: taylor.mayhall@usdoj.gov

*Attorneys for Federal Defendants*