IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | No. 1:21-cv-884-EGS |

**JOINT STATUS REPORT AND
THIRD JOINT MOTION TO CONTINUE STAY**

Pursuant to the Court's minute order dated February 14, 2022 ("Order"), Plaintiff Center for Biological Diversity and Defendants United States Fish and Wildlife Service ("FWS"); Debra Haaland, in her official capacity as Secretary of the United States Department of Interior; and Martha Williams, in her official capacity as Principal Deputy Director of FWS, (collectively, "Defendants") submit the following report informing the Court as to the status of the parties' mediation discussions. In addition, the parties jointly move the Court to continue the current stay until March 11, 2022, to provide the parties additional time to confer regarding a proposed schedule for further proceedings in this case, which the parties will submit to the Court by that date. Accordingly, the parties submit as follows:

1. On April 1, 2021, Plaintiff filed its Complaint, *see* Docket ("Dkt.") 1, alleging violations of the Endangered Species Act ("ESA"), *see* 16 U.S.C. §§ 1531-44, with respect to multiple species.

2. On July 22, 2021, the parties jointly moved the Court to refer the above-captioned case and two additional cases filed by Plaintiff against Defendants (*Ctr. for Biological Diversity*

*v. Haaland*, No. 1:20-cv-00573-EGS (D.D.C.); and *Ctr. for Biological Diversity v. FWS*, No. 1:21-cv-01045-EGS (D.D.C.)) to the Court's mediation program to allow the parties to discuss the possibility of settling one or more of these cases in whole or in part. *See* Dkt. 20. Further, the parties jointly moved the Court to stay further proceedings in the three cases for 90 days to allow the parties to focus on the mediation discussions. *Id.*

3. On August 16, 2021, the Court entered a minute order granting the parties' joint motion and referring these three cases to the Court's mediation program. In addition, the Court stayed further proceedings in the three cases pending a further order from the Court and directed the parties to submit a joint status report within 90 days (*i.e.*, November 14, 2021) to update the Court and, if necessary, provide any proposal for a further stay or further proceedings.

4. The parties submitted a joint status report to the Court on November 12, 2021, and requested that the cases be stayed for a further 90 days to allow the parties to continue mediation discussions. On November 19, 2021, the Court issued an order granting the joint motion to continue the stay and ordered the parties to file a joint report and recommendation for further proceedings by no later than February 12, 2022.

5. The parties subsequently submitted another joint status report to the Court on February 11, 2022, and requested that the cases be stayed until March 4, 2022, to allow the parties to continue mediation discussions. On February 14, 2022, the Court issued its Order granting the joint motion to continue the stay and ordered the parties to file a joint report and recommendation for further proceedings no later than March 4, 2022.

6. During the course of the stay, the parties met multiple times with the court-appointed mediator and each other to discuss the possibility of resolving some or all of Plaintiff's claims without further litigation. As a result of those discussions, the parties were able to settle

Plaintiff's claims regarding one species (Dixie Valley toad) at issue in *Ctr. For Biological Diversity v. Haaland*, No. 1:20-cv-00573-EGS (D.D.C.), and have reached an agreement in principle to settle Plaintiff's claims as to a small subset of additional species.

7. The parties, however, were not able to reach an agreement regarding the majority of Plaintiff's claims and do not believe that further mediation discussions will be productive. As a result, the parties met and conferred on February 28, 2022, regarding a schedule for all three cases going forward. The parties are diligently working through the particulars but require additional time to confer and propose a schedule for this case going forward.

8. Therefore, the parties respectfully request that this Court continue the stay in the case for an additional week so the parties can meet and confer regarding a recommended schedule for further proceedings, and allow the parties to submit a recommended schedule for further proceedings no later than March 11, 2022.

Dated: March 4, 2022                                    Respectfully submitted,

| | |
|---|---|
| */s/ Ryan Shannon* | TODD KIM, Assistant Attorney General |
| RYAN SHANNON | SETH M. BARSKY, Section Chief |
| Center for Biological Diversity | MEREDITH L. FLAX, Assistant Section Chief |
| P.O. Box 11374 | |
| Portland, OR 97211-0374 | */s/ Taylor A. Mayhall* |
| Tel: (971) 717-6407 | TAYLOR A. MAYHALL, Trial Attorney |
| Fax: (503) 283-5528 | United States Department of Justice |
| E-mail: rshannon@biologicaldiversity.org | Environment & Natural Resources Division |
| | Wildlife & Marine Resources Section |
| *Attorney for Plaintiff* | P.O. Box 7611 |
| | Washington, DC 20044-7611 |
| | Tel: (202) 598-3796 |
| | Fax: (202) 305-0275 |
| | E-mail: taylor.mayhall@usdoj.gov |
| | |
| | *Attorneys for Defendants* |