IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | No. 1:21-cv-884-EGS |

**JOINT STATUS REPORT AND
FOURTH JOINT MOTION TO CONTINUE STAY**

Plaintiff Center for Biological Diversity and Defendants United States Fish and Wildlife Service ("FWS"); Debra Haaland, in her official capacity as Secretary of the United States Department of Interior; and Martha Williams, in her official capacity as Director of FWS, (collectively, "Defendants") submit the following status report. In addition, the parties jointly move the Court to continue the current stay of deadlines until April 15, 2022. In support, the parties submit as follows:

1. On April 1, 2021, Plaintiff filed its Complaint, *see* Docket ("Dkt.") 1, alleging violations of the Endangered Species Act ("ESA"), *see* 16 U.S.C. §§ 1531-44, with respect to multiple species.

2. On July 22, 2021, the parties jointly moved the Court to refer the above-captioned case and two additional cases filed by Plaintiff against Defendants (*Ctr. for Biological Diversity v. Haaland*, No. 1:20-cv-00573-EGS (D.D.C.); and *Ctr. for Biological Diversity v. FWS*, No. 1:21-cv-01045-EGS (D.D.C.)) to the Court's mediation program to allow the parties to discuss the possibility of settling one or more of these cases in whole or in part. *See* Dkt. 20. Further,

the parties jointly moved the Court to stay further proceedings in the three cases for 90 days to allow the parties to focus on the mediation discussions. *Id.*

3. On August 16, 2021, the Court entered a minute order granting the parties' joint motion and referring these three cases to the Court's mediation program. In addition, the Court stayed further proceedings in the three cases pending a further order from the Court and directed the parties to submit a joint status report within 90 days to update the Court and, if necessary, provide any proposal for a further stay or further proceedings.

4. On November 19, 2021, and again on February 14, 2022, the Court granted two further joint motions to stay the proceedings while mediation discussions continued.

5. On March 4, 2022, the parties filed a joint status report to inform the Court that, as a result of those mediation discussions, the parties were able to settle Plaintiff's claims regarding one species (Dixie Valley toad) at issue in *Ctr. For Biological Diversity v. Haaland*, No. 1:20-cv-00573-EGS (D.D.C.), and have reached an agreement in principle to settle Plaintiff's claims as to a small subset of additional species, including several species at issue in this case. The status report also indicated that the parties were not able to reach an agreement regarding the remainder of Plaintiff's claims and that the parties do not believe further mediation discussions will be productive.

6. Additionally on March 4, 2022, the parties requested that the Court continue the stay in this case until March 11, 2022, so the parties could meet and confer regarding a recommended schedule for further proceedings.

7. The parties have conferred and are engaged in continuing discussions as to whether the remaining issues in this case can be resolved outside of litigation and mediation.

8. Therefore, the parties respectfully request that this Court continue the stay in this

case until April 15, 2022, so the parties can continue discussing resolution of the issues without the Court's involvement. If more time is needed beyond April 15, the parties will file a motion requesting additional time. However, if the parties determine resolution cannot be reached without the Court's involvement, the parties will file a proposed schedule for further proceedings, and Defendants will file an answer to Plaintiff's Complaint (Dkt. 1), by April 15.

Dated:  March 11, 2022                                    Respectfully submitted,

*/s/ Ryan Shannon*                                              TODD KIM, Assistant Attorney General
RYAN SHANNON                                             SETH M. BARSKY, Section Chief
Center for Biological Diversity                              MEREDITH L. FLAX, Assistant Section Chief
P.O. Box 11374
Portland, OR 97211-0374                                    */s/ Taylor A. Mayhall*
Tel: (971) 717-6407                                              TAYLOR A. MAYHALL, Trial Attorney
Fax: (503) 283-5528                                             United States Department of Justice
E-mail: rshannon@biologicaldiversity.org         Environment & Natural Resources Division
                                                                           Wildlife & Marine Resources Section
*Attorney for Plaintiff*                                           P.O. Box 7611
                                                                           Washington, DC 20044-7611
                                                                           Tel: (202) 598-3796
                                                                           Fax: (202) 305-0275
                                                                           E-mail: taylor.mayhall@usdoj.gov

                                                                           *Attorneys for Defendants*