IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:21-cv-884-EGS<br>) |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**FIFTH JOINT MOTION TO CONTINUE STAY**

The parties to the above-captioned case respectfully move the Court to continue the current stay of deadlines an additional seven (7) days, until April 22, 2022. In support of this joint motion, the parties submit as follows:

1. On April 1, 2021, Plaintiff filed its Complaint, *see* Docket ("Dkt.") 1, alleging violations of the Endangered Species Act ("ESA"), *see* 16 U.S.C. §§ 1531-44, with respect to multiple species.

2. On August 16, 2021, the Court entered an order referring the above-captioned case and two additional cases filed by Plaintiff against Defendants (*Ctr. for Biological Diversity v. Haaland*, No. 1:20-cv-00573-EGS (D.D.C.) (241 Species); and *Ctr. for Biological Diversity v. FWS*, No. 1:21-cv-01045-EGS (D.D.C.) (19 Species)) to the Court's mediation program and also staying further proceedings in the three cases pending a further order from the Court. *See* minute order dated August 16, 2021.

3. While the parties' discussions continued over the next several months, the parties moved to extend the stay in the three cases until March 4, 2022. *See* Dkt. 29, 31. On March 4,

2022, the parties separately notified the Court, *inter alia*, that the parties had reached an agreement in principle to settle Plaintiff's claims as to a subset of species and that the parties agreed that further mediation discussions would not be productive at this time. Dkt. 33. In addition, the parties requested a stay until March 11, 2022, so the parties could meet and confer regarding a recommended schedule for further proceedings. *Id.*

4. On March 11, 2022, the parties requested a further stay until April 15, 2022, to allow continuing discussions about resolution of the remaining issues in the case. Dkt. 34. The parties stated that they would file a motion if more time is needed beyond April 15, otherwise the parties would file a proposed schedule for further proceedings and Defendants would file an answer to Plaintiff's Complaint by April 15. *Id.*

5. On March 11, 2022, the Court entered an order instructing the parties to submit a joint status report with recommendations for further proceedings by April 15, 2022.  *See* minute order dated March 11, 2022.

6. Since then, the parties have made substantial progress in finalizing three separate but related agreements to resolve (1) all of the claims in this case and the *19 Species* case; and (2) a subset of claims in the *241 Species* case. However, the parties require additional time to finalize these agreements, including obtaining necessary approvals. The parties thus jointly request to extend the current deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint by 7 days (*i.e.*, until April 22, 2022) to allow the parties to finalize the agreements.[1]  The parties agree that granting the requested extension will not prejudice any party, will conserve the parties' resources, and will promote the interest of judicial economy.

---

[1] The parties to *19 Species* are separately moving to extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint in that case.

NOW, THEREFORE, the parties respectfully request that this Court enter an order as follows:

1. Further proceedings in this case shall be stayed until April 22, 2022.

2. Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than April 22, 2022.

3. The parties shall file a recommended schedule for further proceedings in this case no later than April 22, 2022.

Dated: April 13, 2022                                    Respectfully submitted,

*/s/ Ryan Adair Shannon*                                 TODD KIM, Assistant Attorney General
RYAN ADAIR SHANNON                                       SETH M. BARSKY, Section Chief
Center for Biological Diversity                          MEREDITH L. FLAX, Assistant Section Chief
P.O. Box 11374
Portland, OR 97211-0374                                  */s/ Taylor A. Mayhall*
Tel: (971) 717-6407                                      TAYLOR A. MAYHALL, Trial Attorney
Fax: (503) 283-5528                                      United States Department of Justice
E-mail: rshannon@biologicaldiversity.org                 Environment & Natural Resources Division
                                                         Wildlife & Marine Resources Section
*Attorney for Plaintiff*                                 P.O. Box 7611
                                                         Washington, DC 20044-7611
                                                         Tel: (202) 598-3796
                                                         Fax: (202) 305-0275
                                                         E-mail: taylor.mayhall@usdoj.gov

                                                         *Attorneys for Defendants*