IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-884-EGS |
| ) | |
| UNITED STATES FISH AND WILDLIFE ) | |
| SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |

**SIXTH JOINT MOTION TO CONTINUE STAY**

The parties to the above-captioned case respectfully move the Court to continue the current stay of deadlines an additional four (4) days, until April 26, 2022. In support of this joint motion, the parties submit as follows:

1. On April 1, 2021, Plaintiff filed its Complaint, *see* Docket ("Dkt.") 1, alleging violations of the Endangered Species Act ("ESA"), *see* 16 U.S.C. §§ 1531-44, with respect to multiple species.

2. On August 16, 2021, the Court entered an order referring the above-captioned case and two additional cases filed by Plaintiff against Defendants (*Ctr. for Biological Diversity v. Haaland*, No. 1:20-cv-00573-EGS (D.D.C.) (*241 Species*); and *Ctr. for Biological Diversity v. FWS*, No. 1:21-cv-01045-EGS (D.D.C.) (*19 Species*)) to the Court's mediation program and also staying further proceedings in the three cases pending a further order from the Court. *See* minute order dated August 16, 2021.

3. While the parties' discussions continued over the next several months, the parties moved to extend the stay in the three cases until March 4, 2022. *See* Dkt. 29, 31. On March 4,

2022, the parties separately notified the Court, *inter alia*, that the parties had reached an agreement in principle to settle Plaintiff's claims as to a subset of species and that the parties agreed that further mediation discussions would not be productive at this time. Dkt. 33. In addition, the parties requested a stay until March 11, 2022, so the parties could meet and confer regarding a recommended schedule for further proceedings. *Id.*

4. On March 11, 2022, the parties requested a further stay until April 15, 2022, to allow continuing discussions about resolution of the remaining issues in the case. Dkt. 34. The parties stated that they would file a motion if more time is needed beyond April 15, otherwise the parties would file a proposed schedule for further proceedings and Defendants would file an answer to Plaintiff's Complaint by April 15. *Id.*

5. On March 11, 2022, the Court entered an order instructing the parties to submit a joint status report with recommendations for further proceedings by April 15, 2022. *See* minute order dated March 11, 2022.

6. On March 13, 2022, the parties requested a further stay until April 22, 2022, to finalize the remaining issues in this case. Dkt. 37. The parties stated that they would file a recommended schedule for further proceedings in this case no later than April 22, 2022. *Id.*

7. On March 13, 2022, the Court entered an order instructing Defendants to answer or otherwise respond to Plaintiff's Complaint by no later than April 22, 2022. *See* minute order dated April 13, 2022.

8. Since then, the parties have made substantial progress in finalizing three separate but related agreements to resolve (1) all of the claims in this case and the *19 Species* case; and (2) a subset of claims in the *241 Species* case. However, Plaintiff requires additional time to finalize these agreements, including obtaining necessary approvals, which Plaintiff expects to be

able to obtain promptly.  This short extension is due in part to Plaintiff's primary counsel having to travel to the United States District Court for the Southern District of Alabama for oral argument on April 20, 2022.  The parties thus jointly request to continue the stay in this case by 4 days (*i.e.*, until April 26, 2022) to allow the parties to finalize the agreements. The parties agree that granting the requested continuance will not prejudice any party, will conserve the parties' resources, and will promote the interest of judicial economy.

NOW, THEREFORE, the parties respectfully request that this Court enter an order as follows:

1. Further proceedings in this case shall be stayed until April 26, 2022.

2. Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than April 26, 2022.

3. If necessary, the parties shall file a recommended schedule for further proceedings in this case no later than May 6, 2022.

Dated:  April 22, 2022                                    Respectfully submitted,

*/s/ Ryan Adair Shannon*                          TODD KIM, Assistant Attorney General
RYAN ADAIR SHANNON                       SETH M. BARSKY, Section Chief
Center for Biological Diversity                  MEREDITH L. FLAX, Assistant Section Chief
P.O. Box 11374
Portland, OR 97211-0374                         */s/ Taylor A. Mayhall*
Tel: (971) 717-6407                                   TAYLOR A. MAYHALL, Trial Attorney
Fax: (503) 283-5528                                   United States Department of Justice
E-mail: rshannon@biologicaldiversity.org  Environment & Natural Resources Division
                                                                      Wildlife & Marine Resources Section
*Attorney for Plaintiff*                              P.O. Box 7611
                                                                      Washington, DC 20044-7611
                                                                      Tel: (202) 598-3796
                                                                      Fax: (202) 305-0275
                                                                      E-mail: taylor.mayhall@usdoj.gov

                                                                      *Attorneys for Defendants*