**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES FISH AND WILDLIFE ) <br> SERVICE, et al., ) <br> ) <br> Defendants. ) | No. 1:21-cv-884-EGS |

**[PROPOSED] ORDER GRANTING SIXTH JOINT MOTION TO CONTINUE STAY**

Based on the parties' Sixth Joint Motion to Continue the Stay, and for good cause shown, the Court hereby ORDERS as follows:

1. Further proceedings in this case shall be stayed until April 26, 2022.

2. Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than April 26, 2022.

3. If necessary, the parties shall file a recommended schedule for further proceedings in this case no later than May 6, 2022.

IT IS SO ORDERED.

Dated: _____, 2022    By: _____
　　　　　　　　　　　　　　　　　　　THE HONORABLE EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE