# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-cv-00884-EGS |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING STIPULATED SETTLEMENT AGREEMENT

Based on the parties' Stipulated Settlement Agreement, and for good cause shown, the Stipulated Settlement Agreement is hereby APPROVED.

Furthermore, the parties' request that Plaintiff be given 90 days from the date of this Order to file a potential motion for attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d) so that it may seek to resolve this issue with Defendants without this Court's further involvement is hereby APPROVED.

IT IS SO ORDERED.

Dated: _____, 2022       By: _____
                                      THE HONORABLE EMMET G. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE