UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) <br> ) Case No: 1:21-cv-00573-EGS <br> ) Case No: 1:21-cv-01045-EGS |
| Plaintiff, | ) Case No: 1:21-cv-00884-EGS <br> ) |
| v. | ) <br> ) |
| DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, et al., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and 7(b), Plaintiff Center for Biological Diversity respectfully moves for a 45-day extension of time to file its Motion for Attorneys' Fees and Costs in Case No. 1:21-cv-01045-EGS ("19 Species"), Case No. 1:21-cv-00884-EGS ("10 WBP"), and Case No. 1:20-cv-00573-EGS ("241 Species"). The current deadline is July 16, 2025. *See* Minute Order dated March 19, 2025. Plaintiff requests that the Court extend this deadline to **August 29, 2025.** Counsel for the parties conferred consistent with Local Civil Rule 7(m) and Defendants consent to this requested relief.[1]

There is good cause for the Court to grant the requested extension of time. The parties are actively negotiating fees and costs in an attempt to avoid further litigation over the issue. The parties need additional time to continue those discussions and, in the event an agreement is reached, secure final approvals from the appropriate officials.

---

[1] By not opposing this motion, Defendants do not agree that Plaintiff is entitled to recover attorneys' fees or costs or to the amount of any such fees or costs. Defendants reserve the right to raise any objection or defense they may have to Plaintiff's claim for fees.

For the foregoing reasons, Plaintiff respectfully requests that the Court GRANT this motion for an extension of time and set the new deadline for Plaintiff to file its motion for attorneys' fees and costs in the 19 Species, 10 WBP, and 241 species cases to **August 29, 2025.**

June 26, 2025

*/s/ Ryan Adair Shannon*
Ryan Adair Shannon (D.C. Bar No. OR 0007)
Center for Biological Diversity
P.O. Box 11374 Portland, OR 97211-0374
Phone: 971-717-6407
rshannon@biologicaldiversity.org
Attorney for Plaintiff