# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) <br> ) Case No: 1:21-cv-00573-EGS <br> ) Case No: 1:21-cv-01045-EGS |
| Plaintiff, | ) Case No: 1:21-cv-00884-EGS <br> ) |
| v. | ) <br> ) |
| DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, et al., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## [PROPOSED] ORDER

ORDER granting Plaintiff's Consent Motion for an Extension of Time and setting a new date for Plaintiff to file its Motion for Attorney's Fees and Costs by no later than August 29, 2025.

So ORDERED.

Date: _____                    _____

                                                 Hon. Emmet J. Sullivan
                                                 United States District Judge